IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EDDIE LAMANQUIL SMITH, #12876-003, | ) ) ) |
| Petitioner, | ) ) |
| vs. | ) CRIMINAL NO. 12-00256-CG-B ) CIVIL ACTION NO. 14-0167-CG-B ) |
| UNITED STATES OF AMERICA, | ) ) |
| Respondent. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and a de novo determination of those portions of the recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated April 15, 2016, is **ADOPTED** as the opinion of this Court.  Accordingly, Petitioner's motions for evidentiary hearing (Docs. 69,71,72) and his § 2255 Motion to Vacate, Set Aside, or Correct Sentence (Doc. 52) are hereby **DENIED**.

**DONE and ORDERED** this 9th day of June, 2016.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE