IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **EDDIE LAMANQUIL SMITH,** <br> **#12876-003,** <br><br> Petitioner, <br><br> vs. <br><br> **UNITED STATES OF AMERICA,** <br><br> Respondent. | ) <br> ) <br> ) <br> ) <br> ) <br> ) **CRIMINAL NO. 12-00256-CG-B** <br> ) **CIVIL ACTION NO. 14-0167-CG-B** <br> ) <br> ) <br> ) <br> ) |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that Judgment is entered favor of Respondent, the United States of America, and against Petitioner, Eddie Lamanquil Smith.  In addition, the Court finds that Petitioner is not entitled to issuance of a Certificate of Appealability, and therefore, is not entitled to proceed in forma pauperis on appeal.

**DONE and ORDERED** this 9th day of June, 2016.


/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE